December 16, 2011

Ms. Karen Ann Piotrowski
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Mrs. Dana Lehmann
1210 CR 111
Giddings, TX 78942
Mr. Ronald Lehmann
1210 CR 111
Giddings, TX 78942

RE: Case Number: 10-0318
 Court of Appeals Number: 03-07-00539-CV
 Trial Court Number: 13,010

Style: ETAN INDUSTRIES, INC. AND ETAN INDUSTRIES, INC., D/B/A CMA
 CABLEVISION AND/OR CMA COMMUNICATIONS
 v.
 RONALD LEHMANN AND DANA LEHMANN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Lisa Teinert |
| |Mr. D. Gibson |
| |Walton |